IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Reginald Moore,<br>    Plaintiff,<br><br>v.<br><br>GreenSky, LLC, et al.,<br>    Defendants. | Case No. 4:20−cv−00002−FJG |

## ORDER

Before the Court is plaintiff's Notice of Voluntary Dismissal (Doc. No. 80), wherein plaintiff's counsel states that he hereby notifies the court of the voluntary dismissal of this action with prejudice. The Court notes that defendants have filed answers in this matter; therefore, dismissal of plaintiff's claims must be by Court Order. See Fed. R. Civ. P. 41(a)(2). Accordingly, the Court will treat plaintiff's Notice of Dismissal (Doc. No. 80) as a motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2) and **GRANTS** same. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

Date: August 27, 2021            **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri           Fernando J. Gaitan, Jr.
                                             United States District Judge